**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAHID KHAN,

    Plaintiff,

v.

JONATHAN SCHARFEN,

    Defendant.
_____/

No. C 08-01398 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on July 25, 2008, on Defendant's[1] motion to dismiss. The Court HEREBY ORDERS that Plaintiff's opposition to this motion shall be due by May 27, 2008 and Plaintiffs' reply, if any, shall be due by June 3, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 12, 2008

                                        JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

---

[1] On April 18, 2008, Dr. Emilio Gonzalez, who was the Director of United States Citizenship and Immigration Services at the time this suit was filed, resigned. Jonathan Scharfen is the Acting Director and pursuant to Federal Rule of Civil Procedure 25(d)(1), Scharfen is hereby substituted in for Gonzalez.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

2