1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   VICTOR M. LAWRENCE, DCBN 449052
4  Principal Assistant Director
   CHRISTOPHER W. HOLLIS, ILBN 6283101
5  Trial Attorney

6     P.O. Box 868, Ben Franklin Station
      Washington, D.C. 20044
7     Telephone: (202) 305-0899; FAX: (202) 616-8962

8  Attorneys for Defendants

9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA

11 SHAHID KHAN,                          )
                                         )   No. 08-cv-1398 (JSW)
12            Plaintiff,                 )
                                         )
13                                       )
      v.                                 )
14                                       )   **JOINT REQUEST TO BE EXEMPT
   JONATHAN SCHARFEN,                    )   FROM FORMAL ADR PROCESS;
15 Acting Director, United States        )   PROPOSED ORDER**
   Citizenship and Immigration Services, )
16                                       )
              Defendant.                 )
17 _____)

18      Each of the undersigned certifies that he or she has read either the handbook entitled

19 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

20 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

21 resolution options provided by the court and private entities, and considered whether this case

22 might benefit from any of them.

23      Here, the parties agree that referral to a formal ADR process will not be beneficial because

24 this mandamus action is limited to plaintiff's request that this Court compel defendants to

25 adjudicate the application for adjustment of status. Given the substance of the action and the lack

26 of any potential middle ground, ADR will only serve to multiply the proceedings and

27 unnecessarily tax court resources.

28

PARTIES' REQUEST TO BE EXEMPT FROM ADR
No. 08-cv1398 (JSW)

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Date: May 29, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

DAVID J. KLINE
Director, District Court Section

VICTOR M. LAWRENCE
Principal Assistant Director

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (FAX)
christopher.hollis@usdoj.gov

Dated: May 29, 2008

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

### ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated this 2 day of June, 2008

_____
JEFFREY S. WHITE
United States District Judge