1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   VICTOR M. LAWRENCE, DCBN 449052
4  Principal Assistant Director
   CHRISTOPHER W. HOLLIS, ILBN 6283101
5  Trial Attorney

6  P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
7  Telephone: (202) 305-0899; FAX: (202) 616-8962

8  Attorneys for Defendant

9           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
10
   SHAHID KHAN                          )
11                                      )
                  Plaintiff,            )  No. 08-cv-1398 (JSW)
12                                      )
                                        )  STIPULATION TO EXTEND
                                        )  DATES; AND [PROPOSED]
13      v.                              )  ORDER
                                        )
14 JONATHAN SCHARFEN,                   )
   Acting Director, United States Citizenship )
15 and Immigration Services;            )  Date: July 25, 2008
                                        )  Time: 9:00 a.m.
                                        )  Courtroom: 2, 17th Floor
16                Defendant.            )
                                        )
17

18      Plaintiff, by and through his attorney of record, and Defendant, by and through his

19 attorney of record, hereby stipulate, subject to the approval of the Court, to the following:

20      1. Plaintiff filed this action on or about March 12, 2008, and Defendant was served on or

21 about this date.

22      2. Pursuant to this Court's Order Setting Initial Case Management Conference and ADR

23 Deadlines, dated March 12, 2008, the parties were required to file a joint case management

24 statement on June 9, 2008, and are required to attend a case management conference on June 16,

25 2008.

26      3. On May 9, 2008, Defendant filed a motion to dismiss and noticed a hearing for July

27 25, 2008.

28
   STIPULATION TO EXTEND DATES;
   AND [PROPOSED] ORDER, 08-CV-1398 (JSW)

4. On May 16, 2008, Plaintiff filed his opposition to Defendant's motion to dismiss and cross-motioned for leave to file an amended complaint.

5. On June 3, 2008, Defendant filed his reply supporting his motion to dismiss and opposition Plaintiff's motion for leave to file an amended complaint.

6. On June 10, 2008, Plaintiff filed a reply to Defendant's reply and opposition to Plaintiff's motion for leave to file an amended complaint.

7. The parties agree that good cause exists for granting an extension of the dates on which the case management statement and case management conferences are currently scheduled since the Court's determination on Defendant's motion to dismiss will either moot out the issue in its entirety or significantly change the nature of the arguments to be considered by the Court.

8. The parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:   August 22, 2008
Case Management Conference:   August 29, 2008 at 1:30 p.m.

Dated: June 12, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (FAX)
christopher.hollis@usdoj.gov
Attorneys for Defendant

Dated: June 12, 2008

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

STIPULATION TO EXTEND DATES;
AND [PROPOSED] ORDER, 08-CV-1398 (JSW)        2

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 13 day of June, 2008

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge