IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID KHAN,<br><br>     Plaintiff,<br><br>  v.<br><br>JONATHAN SCHARFEN,<br><br>     Defendant.<br>_____/ | No. C 08-01398 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Samuel Conti to determine whether it is related to *Khan v. Gonzalez*, N.D. Civ. No. 07-2283-SC.

**IT IS SO ORDERED.**

Dated: June 24, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Judge Samuel Conti