**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAHID KHAN,

        Plaintiff,

  v.

JONATHAN SCHARFEN,

        Defendant.

_____/

No. C 08-01398 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

     Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Samuel Conti to determine whether it is related to *Khan v. Gonzalez*, N.D. Civ. No. 07-2283-SC.

     **IT IS SO ORDERED.**

Dated: June 24, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Judge Samuel Conti