GREGORY G. KATSAS
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE, DCBN 449052
Principal Assistant Director
CHRISTOPHER W. HOLLIS, ILBN 6283101
Trial Attorney

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0899; FAX: (202) 616-8962

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHID KHAN <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN SCHARFEN, <br> Acting Director, United States Citizenship and Immigration Services, <br><br> Defendant. | No. 08-cv-1398 (SC) <br><br> **STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER** <br><br> Date: July 25, 2008 <br> Time: 10:00 a.m. <br> Courtroom: 1, 17th Floor <br><br> [NO APPEARANCE, NO ORAL ARGUMENT] |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about March 12, 2008, and Defendant was served on or about this date.

2. Pursuant to this Court's Order Setting Initial Case Management Conference and ADR Deadlines, dated March 12, 2008, the parties were required to file a joint case management statement on June 9, 2008, and were required to attend a case management conference on June 16, 2008.

3. On May 9, 2008, Defendant filed a motion to dismiss and noticed a hearing for July 25, 2008.

4. On May 16, 2008, Plaintiff filed his opposition to Defendant's motion to dismiss and cross-motioned for leave to file an amended complaint.

5. On June 3, 2008, Defendant filed his reply supporting his motion to dismiss and opposing Plaintiff's motion for leave to file an amended complaint.

6. On June 10, 2008, Plaintiff filed a reply to Defendant's reply and opposition to Plaintiff's motion for leave to file an amended complaint.

7. On June 25, 2008, Judge Conti issued a Related Case Order reassigning this case to Judge Conti on the basis that it is related to another case before him, C 07-02283 SC.

8. On July 8, 2008, Defendant renoticed the Motion to Dismiss.

9. The parties agree that good cause exists for granting an extension of the dates on which the case management statement and case management conferences are currently scheduled since the case has been reassigned to Judge Conti and his determination on Defendant's motion to dismiss will either moot out the issue in its entirety or significantly change the nature of the arguments to be considered by the Court.

//

//

10. The parties hereby respectfully ask this Court to extend the case management dates as follows:

Last day to file/serve Joint Case Management Statement:   August 29, 2008

Case Management Conference:   September 5, 2008, 10:00 a.m.

Dated: July 8, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (FAX)
christopher.hollis@usdoj.gov
Attorneys for Defendant

Dated: July 8, 2008

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 9 day of July, 2008

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION TO EXTEND DATES;
AND [PROPOSED] ORDER, 08-1398 (SC)

3