1 | GREGORY G. KATSAS
Assistant Attorney General
2 | DAVID J. KLINE
Director, District Court Section
3 | Office of Immigration Litigation
VICTOR M. LAWRENCE, DCBN 449052
4 | Principal Assistant Director
CHRISTOPHER W. HOLLIS, ILBN 6283101
5 | Trial Attorney

6 |     P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
7 |     Telephone: (202) 305-0899; FAX: (202) 616-8962

8 | Attorneys for Defendant

9 |

       UNITED STATES DISTRICT COURT
10 |
       NORTHERN DISTRICT OF CALIFORNIA
11 |

12 |

13 | SHAHID KHAN                          )
                                         )    No. 08-cv-1398 (SC)
14 |              Plaintiff,              )
                                         )    **STIPULATION TO EXTEND DATES**
15 |    v.                               )    **AND [PROPOSED] ORDER**
                                         )
16 |                                     )    Date: July 25, 2008
     JONATHAN SCHARFEN,                  )    Time: 10:00 a.m.
17 | Acting Director, United States Citizenship )  Courtroom: 1, 17th Floor
     and Immigration Services,           )
18 |                                     )    [NO APPEARANCE, NO ORAL
                 Defendant.              )    ARGUMENT]
19 |  _____  )

20 |        Plaintiff, by and through his attorney of record, and Defendant, by and through his

21 | attorney of record, hereby stipulate, subject to the approval of the Court, to the following:

22 |        1. Plaintiff filed this action on or about March 12, 2008, and Defendant was served on or

23 | about this date.

24 |        2. Pursuant to this Court's Order Setting Initial Case Management Conference and ADR

25 | Deadlines, dated March 12, 2008, the parties were required to file a joint case management

26 | statement on June 9, 2008, and were required to attend a case management conference on June

27 | 16, 2008.

28 |

1     3. On May 9, 2008, Defendant filed a motion to dismiss and noticed a hearing for July

2     25, 2008.

3     4. On May 16, 2008, Plaintiff filed his opposition to Defendant's motion to dismiss and

4     cross-motioned for leave to file an amended complaint.

5     5. On June 3, 2008, Defendant filed his reply supporting his motion to dismiss and

6     opposing Plaintiff's motion for leave to file an amended complaint.

7     6. On June 10, 2008, Plaintiff filed a reply to Defendant's reply and opposition to

8     Plaintiff's motion for leave to file an amended complaint.

9     7. On June 25, 2008, Judge Conti issued a Related Case Order reassigning this case to

10    Judge Conti on the basis that it is related to another case before him, C 07-02283 SC.

11    8. On July 8, 2008, Defendant renoticed the Motion to Dismiss.

12    9. The parties agree that good cause exists for granting an extension of the dates on

13    which the case management statement and case management conferences are currently scheduled

14    since the case has been reassigned to Judge Conti and his determination on Defendant's motion

15    to dismiss will either moot out the issue in its entirety or significantly change the nature of the

16    arguments to be considered by the Court.

17    //

18    //

19

20

21

22

23

24

25

26

27

28    STIPULATION TO EXTEND DATES;
      AND [PROPOSED] ORDER, 08-1398 (SC)                    2

10.  The parties hereby respectfully ask this Court to extend the case management dates as follows:

Last day to file/serve Joint Case Management Statement:   August 29, 2008

Case Management Conference:                              September 5, 2008, 10:00 a.m.

Dated: July 8, 2008                                      Respectfully submitted,

                                                         GREGORY G. KATSAS
                                                         Assistant Attorney General
                                                         DAVID J. KLINE
                                                         Director, District Court Section
                                                         VICTOR M. LAWRENCE
                                                         Principal Assistant Director

                                         By:
                                                         CHRISTOPHER W. HOLLIS
                                                         Trial Attorney
                                                         Office of Immigration Litigation
                                                         U.S. Department of Justice
                                                         P.O. Box 868, Ben Franklin Station
                                                         Washington, D.C.  20044
                                                         (202) 305-0899; 616-8962 (FAX)
                                                         christopher.hollis@usdoj.gov
                                                         Attorneys for Defendant

Dated: July 8, 2008

                                                         JONATHAN M. KAUFMAN
                                                         Attorney for Plaintiff


                                   **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Dated this __9__ day of __July__, 2008

IT IS SO ORDERED
Judge Samuel Conti