1  GREGORY G. KATSAS
   Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   GJON JUNCAJ
4  Senior Litigation Counsel
   CHRISTOPHER W. HOLLIS, ILBN 6283101
5  Trial Attorney

6       P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
7       Telephone: (202) 305-0899; FAX: (202) 616-8962

8  Attorneys for Defendants

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11
   SHAHID KHAN,                          )
12                                       )  No. 08-cv-1398 (SC)
              Plaintiff,                 )
13                                       )
         v.                              )
14                                       )  **STIPULATION TO HOLD**
                                         )  **MATTERS IN ABEYANCE**
15 JONATHAN SCHARFEN,                    )
   Acting Director, United States Citizenship )
16 and Immigration Services,             )
                                         )
17            Defendant.                 )
                                         )
18
         Defendant Jonathan Scharfen and Plaintiff Shahid Khan hereby stipulate to hold matters
19
   in abeyance in the above-referenced case for a period of sixty (60) days from the date of issuance
20
   of an order granting the stipulated abeyance. Defendant also agrees to respond to Plaintiff's First
21
   Amended Complaint for Declaratory Judgment and Injunction at the close of this sixty (60) day
22
   period. In further support thereof, the parties say as follows:
23
         1. On September 24, 2001, Plaintiff was granted asylum. On March 3, 2008, he was
24
   denied adjustment of status based on inadmissibility as a person who has engaged in terrorist
25
   activity under INA § 212(a)(3)(B)(i)(I), 8 U.S.C. § 1182(a)(3)(B)(i)(I).
26
         2. On April 23, 2008, USCIS reopened the matter of Plaintiff's adjustment of status.
27
28

1    3. On August 14, 2008, Plaintiff filed his First Amended Complaint for Declaratory Judgment and Injunction, which alleges that the delay in adjudication his adjustment of status application violates 5 U.S.C. § 555(b), 8 U.S.C. § 1159(b), and 8 C.F.R. § 209.2.

4.  Both parties recognize that the Consolidated Appropriations Act of 2008, Pub. L. No. 110-161, Div. J, section 691(a), 121 Stat. 1844 (Dec. 26, 2007), provides expanded discretionary authority for the Secretary of Homeland Security to exempt certain terrorist-related inadmissibility grounds as they relate to undesignated terrorist organizations as defined under the Immigration and Nationality Act (INA) section 212(a)(3)(B)(vi)(III), 8 U.S.C. § 1182(a)(3)(B)(vi)(III).

5.  Defendants are actively pursuing efforts to complete the adjudication of Plaintiff's adjustment of status application within sixty (60) days from the issuance of the abeyance order requested herein.

6.  In the interest of judicial economy, the potential for adjudication of Plaintiff's adjustment of status application within sixty (60) days from the date of issuance of the abeyance order requested herein merits grant of the abeyance.

//

//

WHEREFORE, with good cause having been shown, the parties hereby request that this Court issue an order granting an abeyance of matters in this case for a period of sixty (60) days from the date of issuance of the abeyance order.

Dated: August 19, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
GJON JUNCAJ
Senior Litigation Counsel

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (FAX)
christopher.hollis@usdoj.gov

Attorneys for Defendant

Dated: August 19, 2008

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 19 day of August, 2008

SAMUEL CONTI
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION TO HOLD MATTERS IN ABEYANCE
No. 08-cv-1398 (SC)                                    3